```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
DERRICK U DENNIS, on behalf of himself                   :
and all others similarly situated,                       :
                                                         :
                              Plaintiffs,                :       19-CV-4538 (VSB)
                                                         :
              -against-                                  :            **ORDER**
                                                         :
FARMERS GROUP, INC.,                                     :
                                                         :
                              Defendant.                 :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2019

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: October 13, 2019
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge